BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE BAZU (CABN 266964)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.bazu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: 16-00222 HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXCLUDE TIME AND ORDER |
| CAMERON HARRIS, | ) |
| Defendant. | ) |

The parties request that the time between February 8, 2017, and March 6, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). The government has produced discovery to defense counsel, who is continuing to review it with his client. Excluding time until March 6, 2017 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: February 7, 2017                  /s/
                                                   MICHELLE BAZU
                                                   Assistant United States Attorney

DATED: February 7, 2017                  /s/
                                                   JOHN PAUL REICHMUTH
                                                   Counsel for Defendant Cameron Harris

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 16-00222 HSG

ORDER

The Court finds that the exclusion of the period from February 8, 2017, to March 6, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: February 9, 2017

_____
HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 16-00222 HSG