UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON HARRIS,<br><br>　　　　Defendant. | Case No.16-cr-00222-HSG-1<br><br>**ORDER**<br><br>Re: Dkt. No. 23 |

Defendant's motion to suppress (Dkt. No. 23) is under submission. The government is **ORDERED** to file, by February 15, 2017, any records reflecting what checks Officer Mullens ran during the traffic stop, and exactly when he ran them. Exhibit 4 to the government's opposition (Bates number HARRIS-0047) appears to be an example of such a record. The body camera video submitted by the government (Exhibit 5) reflects that Officer Mullens appears to have run at least two checks of some sort during the stop, around a minute and a half into the stop and around 3 minutes and 20 seconds into the stop. If no further records beyond HARRIS-0047 exist, the government must confirm this in a filing by February 15.

**IT IS SO ORDERED.**

Dated: February 10, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge