1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE BAZU (CABN 266964)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       michelle.bazu@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00222 HSG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| CAMERON HARRIS, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: August 15, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
BARBARA VALLIERE
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment without prejudice.

DATE: August 22, 2017

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

NOTICE OF DISMISSAL CR16-00222 HSG